WALTER  GRUBLAUSKAS
vs.
EVA  GRUBLAUSKAS

Superior Court      New Haven County          File #49238

Present:   Hon. NEWELL JENNINGS, Judge.

Bernard  Greenberg,              Attorney  for  the  Plaintiff.

Franklin  Coeller,               Attorney  for  the  Defendant.

**MEMORANDUM FILED SEPTEMBER 22, 1936.**

JENNINGS, J.   The plaintiff married the defendant, who had five children by a former marriage.   While the marriage never has been and probably never can be a success, there is too much to be said on both sides to justify a decree on the ground of desertion based on the bare refusal of the defendant to accompany the plaintiff to a somewhat indefin-

ite home in Branford under the conditions disclosed by the evidence.

The complaint is dismissed.